UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEVENT R. SEVER, | ) | Case No. 24-11571-JEB |
|  | ) |  |
| DEBTOR | ) |  |

### DEBTOR'S OPPOSITION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY THE 50-60 LONGWOOD AVENUE CONDOMINIUM TRUST

Now comes the Debtor, Levent R. Sever, by and through his counsel, Richard A.

Mestone, Esq., and respectfully files his Opposition to the Motion for Relief from the Automatic

Stay (hereinafter referred to as the "Motion") filed by the *50-60 Longwood Avenue*

*Condominium Trust* ("Trust") regarding the Debtor's residence located at 60 Longwood Avenue,

Units 503 and 504, Brookline, Massachusetts ("Property"). In support thereof, the Debtor states

as follows:

**A.      Debtor's Direct Responses to the Motion**

1.      The Debtor admits the allegations made in paragraph 1 of the Motion.

2.      The Debtor has insufficient knowledge to admit or deny the allegations made in

paragraph 2 of the Motion, based on the current information in hand thus far, and therefore

denies them.

3.      The Debtor admits that portion of the allegations made in paragraph 3 of the

Motion that states that the Trust filed a proof of claim in the amount of $43,787.24. The Debtor

denies the allegations made in paragraph 3 of the Motion that states the amounts charged for

common expenses.  The Debtor states he is currently paying $1,112 for Unit 503 and $1,148 for

Unit 504.

    4.      The Debtor admits the allegations made in paragraph 4 of the Motion.

    5.      The Debtor admits that portion of the allegations made in paragraph 5 of the

Motion that states that the Debtor began making post-petition payments in February 2025 and

remains current.  The Debtor has insufficient knowledge to admit or deny the remaining

allegations made in paragraph 5 of the Motion, based on the current information in hand thus far.

    6.      Paragraph 6 of the Motion consists mainly of legal theory/argument, conclusions

of law, and/or relief requests that require no answer.  To the extent that paragraph 6 states

allegations of facts, the Debtor denies them.

    7.      The Debtor admits he has a post-petition liability for common expense fees.  The

Debtor admits there is a homestead recorded on record at the Norfolk County Registry of Deeds.

The Debtor has insufficient knowledge to admit or deny the remaining allegations made in

paragraph 7 of the Motion and therefore denies them.  Paragraph 7 of the Motion also consists of

legal theory/argument, conclusions of law, and/or relief requests that require no answer.  To the

extent that paragraph 7 states allegations of facts, the Debtor denies them.

    8.      The Debtor admits the allegations made in paragraph 8 of the Motion, based on

information in hand and on record.

    9.      The Debtor denies the allegations made in paragraph 9 of the Motion.  See

paragraph 13 below.

    10.      The Debtor admits the allegations made in paragraph 10 of the Motion that states

the Debtor has made four post-petition payments toward the common expenses.  The Debtor

denies the remaining portion of paragraph 10 of the Motion and states that the Debtor has the

ability to continue making his monthly common expenses payments and that his amended

schedules confirm that ability. The Debtor denies that the Trust is entitled to relief.

11.    The Debtor admits there are encumbrances on record but has insufficient

knowledge to admit or deny the allegations made in paragraph 11 of the Motion regarding the

total amounts of the encumbrances and therefore denies them.

12.    The Debtor admits the allegations made in paragraph 12 of the Motion that states

that he owns property in Turkey and Russia and that he is willing to sell one of the Turkish

properties to fund his plan. The Debtor denies the remaining allegations in paragraph 12 of the

Motion.

**B.    The Debtor does hereby make the following additional responses for consideration
by the Court**

13.    The Debtor states that his Schedule "A" lists the value of the Property, which

consists of 2 separate units (Unit 503 and Unit 504), as $1,450,000.00. The Debtor further states

that the value listed and the value the Bank is using is the value as stated in the Debtor's

Schedule "A" at the time of filing the petition. The Debtor states that the fair market value of the

Property has changed from the amount listed in the Debtor's Schedule "A" of his petition. The

Property has a potentially high market value of $2,105,500.00 and an average value of

$1,789,800.00 (See Exhibit A attached hereto). If the property sells for $1,789,800.00 and the

balance remaining on the  mortgage as stated in the  is $570,624.29, and closing costs are

estimated at $95,948.77 ($4.56 per $1,000, plus $210.00 discharge recording fee, plus 4%

commission of $71,592.00, plus payoff MDOR lien $6,312.47, plus payoff real estate taxes owed

$9,672.30), then there would be an equity cushion of approximately $1,693,851.30, before the

$43,787.24 allegedly owed to the Trust. If the property sells for $2,105,500.00, then there would

be an equity cushion of approximately $1,995,484.30, before the $43,787.24 allegedly owed to Trust.

14.     The Debtor has not yet filed a plan. The Debtor has at least 120 days to file a plan from the date of conversion and intends to file his plan by the end of June 2025. The plan will call for the sale of the vacant land in Turkey, which is estimated to yield more than a sufficient amount to fund his plan. The plan will also provide a deadline wherein if the land in Turkey is not sold before the end of 2025, the Debtor will sell the more valuable of his residential units to fund his plan or the case will be converted. It is Debtor's intention that the plan to be proposed, cure all arrearages (pre- and post-petition) and pay the priority unsecured and general unsecured creditors a 100% of their claims.

15.     One of the most beneficial features of any bankruptcy filing is the automatic stay. The automatic stay acts as a bankruptcy restraining order against creditors and prohibits almost all creditor actions to collect on a debt. As its name implies, the automatic stay goes into effect immediately when the bankruptcy case is filed with the Court. Section 362(a), which provides the automatic stay, is acknowledged to be "one of the fundamental debtor protections provided by the bankruptcy laws." S.Rep. No. 95–989, p. 54 (1978); H.R.Rep. No. 95–595, p. 340 (1977), U.S. Code Cong. & Admin. News 1978, pp. 5787, 5840, 5963, 6296. It gives debtors "breathing room by 'stop[ping] all collection efforts, all harassment, and all foreclosure actions.' " Soares v. Brockton Credit Union (In re Soares), 107 F.3d 969, 975 (1st Cir.1997) (quoting H.R.Rep. No. 95–595 at 340 [1977], reprinted in 1978 U.S.C.C.A.N. 5963, 6296– 97). It permits an orderly administration of the estate thus safeguarding the rights of all creditors. Id. The Debtor has not filed the instant case to hinder prosecution of the Trust, but to provide him with the protection and breathing room under the automatic stay.

16.    Section 362(a)(1) of the Bankruptcy Code provides that the filing of a bankruptcy petition stays the commencement or continuation of all non-bankruptcy judicial proceedings against the debtor.  Nevertheless, 11 U.S.C. § 362(d)(1) expressly provides that, on the request of a party in interest, "the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—for cause . . . ." However, the Bankruptcy Code does not define "cause" for purposes of 11 U.S.C. § 362(d)(1). In re Haines, 309 B.R. 668, 674 (Bankr. D. Mass. 2004).  What is considered "cause" for the judge to grant relief from stay to the creditor?  It would be easier if Congress set out an exact definition on what is considered "cause" to lift the automatic stay, but since Congress did not do that, Courts are required to determine cause on a case-by-case basis. In re Podmostka, 527 B.R. 51, 53–54 (Bankr. D. Mass. 2015).

17.    Under 11 U.S.C. §362(d)(1) of the Bankruptcy Code, one of the ways in which a creditor can obtain a relief from stay order from the bankruptcy court is "for cause, including the lack of adequate protection of an interest in property. . . ."  In this case, according to the statements, as presented by the Debtor, the Trust is adequately protected by the equity cushion.

18.    The Debtor is a professional construction consultant with over 30 years of experience in globalization, strategic corporate planning and business development.  He is an accomplished international businessman, marketing specialist and architect of lucrative global partnerships and joint ventures.  He is the managing director of Kildare Construction Consultants LLC., a company that he established in Boston to engage in advisory roles for U.S. and foreign-owned prime construction companies.

19.    Due to a lack of work and payments resulting from COVID, the Debtor was unable to receive payment from his company.  This resulted in him being unable to pay his obligations,

including his mortgage and condominium fees and resulting in the filing of his current bankruptcy case.

20.    The Debtor has since received an employment contract in January 2025 and now has sufficient income to pay his mortgage and condo fees, which he has been doing since February 2025, in order to stop the arrearage from increasing.  He intends on continuing his monthly obligations to all secured creditors, including the Trust.

21.    For the reason stated herein, denial of the Trust's Motion would not be a great prejudice to the Trust but would be great prejudice to the Debtor.

WHEREFORE, the Debtor respectfully requests the following:

1.    That the Motion filed by the *50-60 Longwood Avenue Condominium Trust* ("Trust") for Relief from the Automatic Stay be denied;

2.    The Debtor be allowed to file his Chapter 11 Plan, which will include all arrears; and

3.    To grant such other and further relief as this Court may deem just and proper.

Date: May 6, 2025                          Respectfully submitted,

LEVENT R. SEVER

By his attorney,

_____/s/Richard A. Mestone_____
Richard A. Mestone (BBO# 642789)
MESTONE & ASSOCIATES LLC
435 Newbury Street, Suite 217
Danvers, MA 01923
Tel: (617) 381-6700
richard.mestone@mestoneassociatesllc.com

# Exhibit A

# Intelligent Property Report



**Subject** 60 LONGWOOD AVE APT 503, BROOKLINE, MA 02446-5228
**Value Type:** PV
**As Of Date:**
**Order ID:** 124030724

## Subject Valuation

| | |
|---|---|
| **Estimated Value:** | **$756,900** |
| **Confidence** | **88%** |
| Value | $623,400 to $890,400 |

| | |
|---|---|
| Est. Value Change - Last Yr: | $890 |
| Est. Value Change - Next Qtr: | -$3,276 |

## Neighborhood Area Intel

**Total Property Count:** 3,828

### Area Analysis
*(Based upon CND type properties in the subject's neighborhood area over the previous 1)*

| | | |
|---|---|---|
| Property Sales Count: | | 67 |
| Percent Non-Owner | | 11.94% |

| | Subject | Min | Avg | Max |
|---|---|---|---|---|
| Sale Price | $756,900 | $247,000 | $532,880 | $2,500,000 |
| Main Sq Ft | 960 | 200 | 1,200 | 5,654 |
| Year Built | 1975 | 1810 | 1958 | 2021 |
| Lot Area | 0.0 | 1.00 | 2.00 | 2.00 |
| Price per Sq Ft | $788.44 | $160.00 | $703.94 | $1,190.00 |
| Bedrooms | 1 | 1.00 | 2.00 | 5 |
| Bathrooms | 1.00 | 1.00 | 2.00 | 5.00 |
| Bsmnt Sq Ft | 0 | | | |
| Basement Finished Sq | 0 | 200.00 | 689.00 | 2,928.00 |

### Area Sales Chart - R style properties



Dec-2024   Feb-2025   Apr-202

■ Retail Sale   ● REO Sale

## Comparable Sales

| | Subject | Sale Comp - 1 | Sale Comp - 2 | Sale Comp - 3 |
|---|---|---|---|---|
| Address | 60 LONGWOOD AVE APT 503, BROOKLINE, MA 02446-5228 | 50 LONGWOOD AVE APT 920, BROOKLINE, MA 02446 | 45 LONGWOOD AVE APT 512, BROOKLINE, MA 02446 | 48 BROWNE ST APT 6, BROOKLINE, MA 02446 |
| Distance (miles) | | 0.00 | 0.06 | 0.27 |
| Subdivision | | | | |
| APN | BROOB159L0004S0032 | BROOB159L0005S0070 | BROOB158L0016S0059 | BROOB040L0008S0042 |
| Census Tract | 25021400800 | 25021400200 | 25021400800 | 25021400200 |
| Distressed Flags | | | | |
| **Value History** | | | | |
| Time-adjusted Value | | $695,000 | $715,000 | $770,000 |
| Total Adjustments | | | | |
| Last Sale Price | $147,000 | $695,000 | $715,000 | $770,000 |
| Last Sale Date | 03/30/1994 | 03/21/2025 | 02/28/2025 | 03/31/2025 |
| Prior Sale Price | | $369,900 | $357,500 | $705,000 |
| Prior Sale Date | | 07/19/2005 | 10/14/2005 | 09/05/2024 |
| List Price | | | | |
| List Date | | | | |
| Days on Market | 0 | 0 | 0 | 0 |
| PSF (current) | 788.44 | 873.63 | 757.14 | 856.78 |
| PSF (list) | | | | |
| **Assessor Details** | | | | |
| Assessed Value | $744,800 | $657,200 | $763,300 | $880,500 |
| Year | 2025 | 2025 | 2025 | 2025 |
| Land Value | $0 | $0 | $0 | $0 |
| Property Improvements | $744,800 | $657,200 | $763,300 | $680,500 |
| **Property Details** | | | | |
| Style | Property Type | CND | CND | CND | CND |
| | Design Style | R | R | R | R |
| | Manufactured | | | | |
| Interior | Finished Square | 960 | 793 | 941 | 896 |
| | Basement SqFt | 0 | 0 | 0 | 0 |
| | Bsmt Fnsh SqFt | 0 | 0 | 0 | 0 |
| | Bedrooms | 1 | 1 | 1 | 1 |
| | Bathrooms | 1.00 | 1.00 | 1.00 | 1.00 |
| Exterior | Lot Size (acres) | 0.00 | 0.00 | 0.00 | 0.00 |
| Amenitie | Fireplaces | 0 | 0 | 0 | 0 |
| | Pool | No | No | No | No |
| Garage | Garage Spaces | 1 | 1 | 1 | 1 |
| | Garage Type | G | G | G | G |
| Year | | 1975 | 1975 | 1968 | 1945 |
| Owner | | LEVEN R SEVER | XIANG ZHANG | JEANNE SEGAL | SHANNON BROWN & IAN P DOWNING |

## Area Map With Subject & Comps



## iHP ™ - Intelligent House Price Index



→ NATION : USA → STATE : 25(MA) → COUNTY : 25021(NORFOLK COUNTY, MA,MA) → MSA : 14460
→ SEGMENT : 304211

VALUES ARE PROVIDED "AS IS" AND ALL USES ARE AT THE USER'S SOLE RISK. ALL WARRANTIES CONCERNING THE VALUES AND ALL UNDERLYING DATA AND PROCESSES, BOTH EXPRESSED AND IMPLIED, ARE EXPRESSLY EXCLUDED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, OR FITNESS FOR A PARTICULAR PURPOSE. The value was generated by Provider's or a Third-Party Provider's proprietary automated property valuation product, and any value is an estimated market value, calculated using various models and techniques provided herein is not an appraisal and was not prepared by a certified or licensed appraiser. A lender may have used a different property value to make a credit decision. Values may not be used to reverse engineer or attempt to reverse engineer the models used to generate the values or to create any database or product. Pursuant to the compliance requirements as provided in the Equal Credit Opportunity Act ("ECOA") or as otherwise reasonably required for regulatory compliance purposes, a copy of this report and the values provided herein may be provided to consumers. If you have questions regarding this information, please contact your financial institution.

Creation   05/06/2025

# Intelligent Property Report

**EQUIFAX®**

Subject: 60 LONGWOOD AVE APT 504, BROOKLINE, MA 02446-5228
Value Type: PV
As Of Date:
Order ID: 124030874

## Subject Valuation

| | |
|---|---|
| **Estimated Value:** | **$1,032,900** |
| **Confidence** | **87%** |
| Value | $850,700 to $1,215,10 |

| | |
|---|---|
| Est. Value Change - Last Yr: | $1,215 |
| Est. Value Change - Next Qtr: | -$4,471 |

## Neighborhood Area Intel

Total Property Count: 3,828

**Area Analysis**
*(Based upon CND type properties in the subject's neighborhood area over the previous 1*

Property Sales Count: 67
Percent Non-Owner: 11.94%

| | Subject | Min | Avg | Max |
|---|---|---|---|---|
| Sale Price | $1,032,900 | $247,000 | $932,880 | $2,500,000 |
| Main Sq Ft | 1084 | 200 | 1,200 | 5,654 |
| Year Built | 1975 | 1810 | 1958 | 2021 |
| Lot Area | 0.0 | 1.00 | 2.00 | 2.00 |
| Price per Sq Ft | $952.86 | $160.00 | $703.94 | $1,190.00 |
| Bedrooms | 2 | 1 | 2.00 | 5 |
| Bathrooms | 2.00 | 1.00 | 2.00 | 5.00 |
| Bsmnt Sq Ft | 0 | | | |
| Basement Finished Sq | 0 | 200.00 | 689.00 | 2,928.00 |

### Area Sales Chart - R style properties



■ Retail Sale  ● REO Sale

## Comparable Sales

| | Subject | Sale Comp - 1 | Sale Comp - 2 | Sale Comp - 3 |
|---|---|---|---|---|
| Address | 60 LONGWOOD AVE APT 504, BROOKLINE, MA 02446-5228 | 1285 BEACON ST APT 503, BROOKLINE, MA 02446 | 286 SIDNEY ST, CAMBRIDGE, MA 02139 | 452 PARK DR APT 14, BOSTON, MA 02215 |
| Distance (miles) | | 0.09 | 1.13 | 0.73 |
| Subdivision | | ATRIUM | CAMBRIDGEPORT COMMNS | |
| APN | BROOB159L0004S0033 | BROOB160L0002S0014 | CAMBM00065L0004500 | CBOSW21P00122S034 |
| Census Tract | 25021400800 | 25021400200 | 25017353200 | 25025010202 |
| Distressed Flags | | | | |

### Value History

| | | | | |
|---|---|---|---|---|
| Time-adjusted Value | | $940,000 | $988,000 | $1,025,000 |
| Total Adjustments | | | | |
| Last Sale Price | $450,000 | $940,000 | $988,000 | $1,025,000 |
| Last Sale Date | 11/24/2004 | 03/21/2025 | 03/26/2025 | 02/07/2025 |
| Prior Sale Price | | $600,000 | $177,000 | $135,000 |
| Prior Sale Date | 03/01/2013 | | 11/01/1996 | 08/26/1997 |
| List Price | | | | |
| List Date | | | | |
| Days on Market | 0 | 0 | 0 | 0 |
| PSF (current) | 952.86 | 744.84 | 861.22 | 963.55 |
| PSF (list) | | | | |

### Assessor Details

| | | | | |
|---|---|---|---|---|
| Assessed Value | $872,000 | $1,020,000 | $875,000 | $664,400 |
| Year | 2025 | 2025 | 2025 | 2025 |
| Land Value | $0 | $0 | $0 | $0 |
| Property Improvements | $872,000 | $1,020,000 | $875,000 | $664,400 |

### Property Details

| | | | | | |
|---|---|---|---|---|---|
| Style | Property Type | CND | CND | CND | CND |
| | Design Style | R | R | 2S | R |
| | Manufactured | | | | |
| Interior | Finished Square | 1084 | 1258 | 1156 | 1003 |
| | Basement SqFt | 0 | 0 | 0 | 0 |
| | Bsmt Fnsh SqFt | 0 | 0 | 0 | 0 |
| | Bedrooms | 2 | 2 | 2 | 2 |
| | Bathrooms | 2.00 | 2.00 | 2.00 | 2.00 |
| Exterior | Lot Size (acres) | 0.00 | 0.00 | 0 | 0.02 |
| Amenitie | Fireplaces | 0 | 1 | 0 | 0 |
| | Pool | No | No | No | No |
| Garage | Garage Spaces | 1 | 1 | 1 | 0 |
| | Garage Type | G | G | G | |
| | Year | 1975 | 1984 | 1989 | 1920 |
| | Owner | LEVEN R SEVER | VIJAYA KAUNDINYA & MURALI KAUNDINYA | NUOPING LIU | ANKUR BHARGAVA & STUTI BHARGAVA |

## Area Map With Subject & Comps



## iHP ™ - Intelligent House Price Index



—■— NATION : USA —▲— STATE : 25(MA) —○— COUNTY : 25021(NORFOLK COUNTY, MA,MA) —□— MSA : 14460
SEGMENT : 304211

VALUES ARE PROVIDED "AS IS" AND ALL USES ARE AT THE USER'S SOLE RISK. ALL WARRANTIES CONCERNING THE VALUES AND ALL UNDERLYING DATA AND PROCESSES, BOTH EXPRESSED AND IMPLIED, ARE EXPRESSLY EXCLUDED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, OR FITNESS FOR A PARTICULAR PURPOSE. The value provided herein is not an appraisal and was not prepared by a certified or licensed appraiser. A lender may have used a different property value to make a credit decision. The value may not be used to reverse engineer or attempt to reverse the models used to generate the values or to create any database or product. Pursuant to the compliance requirements as provided in the Equal Credit Opportunity Act ("ECOA") or as otherwise reasonably required for regulatory compliance purposes, a copy of this report and the values provided herein may be provided to consumers. If you have questions regarding this information, please contact your financial institution.

Creation   05/06/2025

Market Report for

## 60 LONGWOOD AVE APT 503
## BROOKLINE, MA 02446

1 beds | 2 baths | 960 sq.ft.

---

# Estimated Home Value

These values are generated by automated computer modeling drawn from public records and should not be considered a definitive statement of this property's worth.



**$798,420**

Range: $790,435 to $806,404

Powered by

**ATTOM™**

**$768,700**

Range: $699,517 to $837,883

Zestimate from

**Zillow**

**$735,100**

Range: $650,000 to $820,300

Powered by

Home
Valuation™

# Do you notice variation in the value(s) above?

A RE/MAX agent understands your home better than a cold computer valuation model. Ask a RE/MAX agent to create a Comparative Market Analysis (CMA) for your property. Your CMA is complimentary and comes with no obligation

CONTACT A RE/MAX AGENT

# RE/MAX agents know what buyers want.

These statistics reflect the overall trends among buyers in this area for the last 90 days.



**BUYER HEATMAP**

Active   Very Active

### BY PRICE RANGE

| Price Range | Value |
|---|---|
| $1M+ | 10,044,925 |
| $100K - $199K | 129,038 |
| $200K - $299K | 139,989 |
| $300K - $499K | 1,658,656 |
| $500K - $749K | 4,434,204 |
| $750K - $999K | 3,598,652 |
| < $100K | 449,038 |

# Buyer Activity (in the last 90 days)

These statistics reflect all Buyer Activity including: registered buyers, online inquiries, showing visits, open house sign ins, etc

# Supply-Side Trends

Certain supply-side metrics can help to value your home. Talking to a RE/MAX agent can help you identify the appropriate metrics important to your home.

**Homes Sold Per Quarter in 02446 across all price ranges**



# $1,155,448

MEDIAN SOLD PRICE FOR THE LAST QUARTER IN 02446

# Recent Nearby Sales

These are relevant homes near your property that have sold in the last 18 months and within a 1.5mi radius. The sales can be used as a factor in determining the value of your property in current market conditions.



1   20 STEARNS RD APT 3 BROOKLINE, MA 02446-5132
    1 Beds | 1 Baths | 590 sq.ft
    Sold for $579,999 on 3/26/2025

2   50 LONGWOOD AVE APT 920 BROOKLINE, MA 02446-5291
    1 Beds | 1 Baths | 793 sq.ft
    Sold for $695,000 on 3/21/2025

3   63 LONGWOOD AVE APT 6 BROOKLINE, MA 02446-5222
    2 Beds | 1 Baths | 885 sq.ft
    Sold for $690,000 on 3/18/2025

4   109 WINCHESTER ST APT 8 BROOKLINE, MA 02446-2761
    2 Beds | 1 Baths | 719 sq.ft
    Sold for $612,000 on 3/17/2025

5   41 PARK ST APT 202 BROOKLINE, MA 02446-6268
    2 Beds | 2 Baths | 1151 sq.ft
    Sold for $855,000 on 3/3/2025

6   45 LONGWOOD AVE APT 512 BROOKLINE, MA 02446-5217
    1 Beds | 1 Baths | 941 sq.ft
    Sold for $715,000 on 2/28/2025

7   208 FULLER ST APT 6 BROOKLINE, MA 02446-5726
    2 Beds | 1 Baths | 1023 sq.ft
    Sold for $735,000 on 2/28/2025

8   1243 BEACON ST APT 5B BROOKLINE, MA 02446-5257
    2 Beds | 2 Baths | 890 sq.ft
    Sold for $850,000 on 2/20/2025

9   41 CENTRE ST APT 403 BROOKLINE, MA 02446-2854
    2 Beds | 1 Baths | 1093 sq.ft
    Sold for $899,000 on 2/10/2025

10  689 WASHINGTON ST APT 2 BROOKLINE, MA 02446-4571
3 Beds | 1 Baths | 1142 sq.ft
Sold for $800,000 on 1/30/2025

Thinking of selling your home? The next step is to get a customized, in-depth report on the value of
your home from a real estate professional. Ask a RE/MAX agent to compile a Comparative Market
Analysis (CMA) for your property.

CONTACT A RE/MAX AGENT

Information presented on this site and webpage is deemed reliable but is not guaranteed and should be independently
verified by the users of the site. The providers of this website and associated content make no warranty, either expressed
or implied, as to the accuracy of the data contained from this Web Page.

* indicates that public record data for this field is not available for this property.

See more details for 60 LONGWOOD AVE APT 503 , BROOKLINE, MA 02446 on Zillow © Zillow, Inc., 2006-2025 . Use is subject to Terms of Use
What's a Zestimate?

About this report

Powered by **Percy**

Market Report for

## 60 LONGWOOD AVE APT 504
## BROOKLINE, MA 02446

2 beds | 2 baths | 1,084 sq.ft.

---

# Estimated Home Value

These values are generated by automated computer modeling drawn from public records and should not be considered a definitive statement of this property's worth.



**$944,887**

Range: $935,438 to $954,335

Powered by

**ATTOM**

**$966,700**

Range: $889,364 to $1,053,703

Zestimate from

**Zillow**

**$893,200**

Range: $801,800 to $984,500

Powered by

Home
Valuation™

## Do you notice variation in the value(s) above?

A RE/MAX agent understands your home better than a cold computer valuation model. Ask a RE/MAX agent to create a Comparative Market Analysis (CMA) for your property. Your CMA is complimentary and comes with no obligation

CONTACT A RE/MAX AGENT

## RE/MAX agents know what buyers want.

These statistics reflect the overall trends among buyers in this area for the last 90 days.



**BUYER HEATMAP**

Active    Very Active

### BY PRICE RANGE

| Price Range | Value |
|---|---|
| $1M+ | 10,044,925 |
| $100K - $199K | 129,038 |
| $200K - $299K | 139,989 |
| $300K - $499K | 1,658,656 |
| $500K - $749K | 4,434,204 |
| $750K - $999K | 3,598,652 |
| < $100K | 449,038 |

## Buyer Activity (in the last 90 days)

These statistics reflect all Buyer Activity including: registered buyers, online inquiries, showing visits, open house sign-ins, etc

# Supply-Side Trends

Certain supply-side metrics can help to value your home. Talking to a RE/MAX agent can help you identify the appropriate metrics important to your home.



**Homes Sold Per Quarter in 02446 across all price ranges**

# $1,155,448

MEDIAN SOLD PRICE FOR THE LAST QUARTER IN 02446

# Recent Nearby Sales

These are relevant homes near your property that have sold in the last 18 months and within a 1.5mi radius. The sales can be used as a factor in determining the value of your property in current market conditions.

1   50 LONGWOOD AVE APT 920 BROOKLINE, MA 02446-5291
    1 Beds | 1 Baths | 793 sq.ft
    Sold for $695,000 on 3/21/2025

2   63 LONGWOOD AVE APT 6 BROOKLINE, MA 02446-5222
    2 Beds | 1 Baths | 885 sq.ft
    Sold for $690,000 on 3/18/2025

3   41 PARK ST APT 202 BROOKLINE, MA 02446-6268
    2 Beds | 2 Baths | 1151 sq.ft
    Sold for $855,000 on 3/3/2025

4   45 LONGWOOD AVE APT 512 BROOKLINE, MA 02446-5217
    1 Beds | 1 Baths | 941 sq.ft
    Sold for $715,000 on 2/28/2025

5   208 FULLER ST APT 6 BROOKLINE, MA 02446-5726
    2 Beds | 1 Baths | 1023 sq.ft
    Sold for $735,000 on 2/28/2025

6   1243 BEACON ST APT 5B BROOKLINE, MA 02446-5257
    2 Beds | 2 Baths | 890 sq.ft
    Sold for $850,000 on 2/20/2025

7   41 CENTRE ST APT 403 BROOKLINE, MA 02446-2854
    2 Beds | 1 Baths | 1093 sq.ft
    Sold for $899,000 on 2/10/2025

8   689 WASHINGTON ST APT 2 BROOKLINE, MA 02446-4571
    3 Beds | 1 Baths | 1142 sq.ft
    Sold for $800,000 on 1/30/2025

9   20 CHAPEL ST APT B603 BROOKLINE, MA 02446-7420
    1 Beds | 1 Baths | 742 sq.ft
    Sold for $745,000 on 1/23/2025

**10**  22 JAMES ST # 22A BROOKLINE, MA 02446-3752
3 Beds | 2 Baths | 1850 sq.ft
Sold for $900,000 on 1/10/2025

Thinking of selling your home? The next step is to get a customized, in-depth report on the value of
your home from a real estate professional. Ask a RE/MAX agent to compile a Comparative Market
Analysis (CMA) for your property.

CONTACT A RE/MAX AGENT

Information presented on this site and webpage is deemed reliable but is not guaranteed and should be independently
verified by the users of the site. The providers of this website and associated content make no warranty, either expressed
or implied, as to the accuracy of the data contained from this Web Page.

* indicates that public record data for this field is not available for this property.

See more details for 60 LONGWOOD AVE APT 504 , BROOKLINE, MA 02446 on Zillow © Zillow, Inc., 2006-2025 . Use is subject to Terms of Use
What's a Zestimate?

About this report

Powered by **Percy**

**⌂ Zillow**

**OFF MARKET**

# 60 Longwood Ave Apt 503
# Brookline, MA 02446

**1 bds · 1.5 ba · 960 sqft**

Claim this home

**Your home value**

**Zestimate** ⓘ ------------------------------------------------------- **$768,700**

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**                              **$768,700**

What's this number?

[ Unlock your offer ]

**Why use a home value estimator tool?**        ⌄

**What is a Zestimate?**        ⌄

**How accurate is the Zestimate?**        ⌄

**How to find the value of your home?**        ⌄

**How to increase home value?**        ⌄

**How often do home values change?** ⌄

OFF MARKET

# 60 Longwood Ave Apt 503
# Brookline, MA 02446

**1 bds · 1.5 ba · 960 sqft**

Claim this home

**Your home value**

**Zestimate** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **$768,700**

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**          **$768,700**

 

     © 2006-2025 Zillow 

Follow us:

      

**≥ Zillow**

**OFF MARKET**

# 60 Longwood Ave Apt 504
# Brookline, MA 02446

**2 bds · 2 ba · 1,084 sqft**

Claim this home

**Your home value**

## Zestimate ⑦ ------------------------------------------------ **$962,400**

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**                                    **$962,400**

What's this number?

| Unlock your offer |
|---|

**Why use a home value estimator tool?**          ⌄

**What is a Zestimate?**          ⌄

**How accurate is the Zestimate?**          ⌄

**How to find the value of your home?**          ⌄

**How to increase home value?**          ⌄

**How often do home values change?** ⌄

OFF MARKET

# 60 Longwood Ave Apt 504
# Brookline, MA 02446

**2 bds · 2 ba · 1,084 sqft**

Claim this home

**Your home value**

**Zestimate** - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **$962,400**

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value** **$962,400**

 

     

Follow us:    © 2006-2025 Zillow 

Realtor.com® Real Estate...
★★★★★ 500,000+

Open in App

🏠 **realtor.com**

☰

60 Longwo... ⌄                                     Public    ( Owner )

**Is this your home?**

To unlock all insights for this home, sign up or log in

## Welcome home!                                   Edit home



RealEstimate℠ ⓘ

**$752,700**    ↗ $605.7k    since last sold

**1** bed    **1.5** bath    **960** sqft    **N/A** sqft lot

60 Longwood Ave Apt 503, Brookline, MA 02446

Prepare to sell    Market value    Renovations    New Ways to save    Host or rent

## Find the right agent before the Best Time to Sell in 2025

Homes sell faster . Find an agent now to get ready.

  View proposal, no commitment

  See real reviews and ratings

Realtor.com® Real Estate...
★★★★☆ 500,000+

Open in App

☰    🏠realtor.com·    ◯

60 Longwo... ⌄                    Public    ( Owner )

**Is this your home?**

To unlock all insights for this home, sign up or log in

## Welcome home!                    Edit home



**RealEstate℠** ⓘ

# $935,317    ↗ $485.3k    since last sold

**2** bed    **2** bath    **1,084** sqft    **N/A** sqft lot

60 Longwood Ave Apt 504, Brookline, MA 02446

Prepare to sell    Market value    Renovations    New Ways to save    Host or rent

## Find the right agent before the Best Time to Sell in 2025

Homes sell faster . Find an agent now to get ready.

  View proposal, no commitment

  See real reviews and ratings

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEVENT R. SEVER, | ) | Case No. 24-11571-JEB |
|  | ) |  |
| DEBTOR | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Richard A. Mestone, hereby certify that on this day, I electronically filed the ***Debtor's Opposition to the Motion for Relief from the Automatic Stay filed by the 50-60 Longwood Avenue Condominium Trust ("Trust")*** with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system.  I have served true and correct copies of the foregoing documents only via CM/ECF upon the United States Trustee, including Eric K. Bradford, Esq., Laura White Brandow, Esq. as counsel to the Trust, and individuals who have filed notices of appearance and requests for notice in the Court's CM/ECF database.

I certify that I also served the above-referenced document electronically filed with the Court on the non-CM/ECF participants on the attached list via first class mail, postage prepaid (or as indicated).

Date: May 6, 2025

/s/ Richard A. Mestone
Richard A. Mestone (BBO# 642789)
MESTONE & ASSOCIATES LLC
435 Newbury Street, Suite 217
Danvers, MA 01923
Tel:  (617) 381-6700
richard.mestone@mestoneassociatesllc.com

50-60 Longwood Ave Condo Assoc.
c/ o Barkan Management Company
PO Box 360
Emerson, NJ 07630

Brookline Bank
c/ o Christopher Williams AVP
31 Market Street
Ipswich, MA 01938

Town of Brookline
Attn: Treasurer/Collector
333 North Washington Street
North Waltham, MA 02455

Levent R. Sever
60 Longwood Avenue, Unit 503
Brookline, MA 02446
(via email)