# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Massachusetts

Eastern Division

| | | |
|---|---|---|
| In Re. Levent Rifki Sever | § | Case No.  24-11571 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025

Petition Date: 08/03/2024

Months Pending: 9

Industry Classification: 0 0 0 0

Reporting Method:                   Accrual Basis ○                   Cash Basis ◉

Debtor's Full-Time Employees (current):                                 0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Levent R. Sever
Signature of Responsible Party

05/19/2025
Date

Levent R. Sever
Printed Name of Responsible Party

60 Longwood Ave, Brookline, MA 02446
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                                 1

Debtor's Name Levent Rifki Sever                                         Case No. 24-11571

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $2,097 | |
| b. | Total receipts (net of transfers between accounts) | $13,682 | $24,806 |
| c. | Total disbursements (net of transfers between accounts) | $11,714 | $23,231 |
| d. | Cash balance end of month (a+b-c) | $4,065 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $11,714 | $23,231 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory     (Book ○   Market ○   Other ◉    (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name Levent Rifki Sever                     Case No. 24-11571

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $500 | $500 | $0 | $500 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Mestone & Associates LLC | Lead Counsel | $500 | $500 | $0 | $500 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Levent Rifki Sever    Case No. 24-11571

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Levent Rifki Sever                    Case No. 24-11571

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

UST Form 11-MOR (12/01/2021)                    5

Debtor's Name Levent Rifki Sever                                      Case No. 24-11571

| | | | | |
|---|---|---|---|---|
| xv | | | | |
| xvi | | | | |
| xvii | | | | |
| xviii | | | | |
| xix | | | | |
| xx | | | | |
| xxi | | | | |
| xxii | | | | |
| xxiii | | | | |
| xxiv | | | | |
| xxv | | | | |
| xxvi | | | | |
| xxvii | | | | |
| xxviii | | | | |
| xxix | | | | |
| xxx | | | | |
| xxxi | | | | |
| xxxii | | | | |
| xxxiii | | | | |
| xxxiv | | | | |
| xxxv | | | | |
| xxxvi | | | | |
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |

Debtor's Name Levent Rifki Sever                    Case No. 24-11571

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                    7

Debtor's Name Levent Rifki Sever                                        Case No. 24-11571

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

i. Do you have:         Worker's compensation insurance?   Yes ○   No ◉

　　　　　　　If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

　　　　　Casualty/property insurance?   Yes ◉   No ○

　　　　　　　If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

　　　　　General liability insurance?   Yes ◉   No ○

　　　　　　　If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  Levent Rifki Sever                    Case No.  24-11571

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $10,801 |
| c. | Gross income from all other sources | $2,881 |
| d. | Total income in the reporting period (a+b+c) | $13,682 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $10,063 |
| h. | All other expenses | $1,152 |
| i. | Total expenses in the reporting period (e+f+g+h) | $11,214 |
| j. | Difference between total income and total expenses (d-i) | $2,468 |
| k. | List the total amount of all postpetition debts that are past due | $48,080 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ◯   No ◉

m.  If yes, have you made all Domestic Support Obligation payments?   Yes ◯   No ◯   N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http:// www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Levent R. Sever                              Levent Rifki Sever
Signature of Responsible Party                  Printed Name of Responsible Party

Debtor                                          05/19/2025
Title                                           Date

Debtor's Name Levent Rifki Sever          Case No. 24-11571

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Levent Rifki Sever    Case No. 24-11571

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Levent Rifki Sever                                    Case No. 24-11571



PageThree



PageFour

In Re: Levent R. Sever, Ch. 11, Case No. 24-11571

### Income & Expenses From All Sources April '25

<u>Income</u>

| | | |
|---|---|---|
| 1. | Draw from Kildare | $10,801.00 |
| 2. | Overseas Property & Pension | $ 2,881.08 |
| | TOTAL | $13,682.08 |

<u>Household Expenses</u>

| | | |
|---|---|---|
| 1. | Brookline Bank Mortgage | $4,174.68 |
| 2. | Condo fees (503/$1,112 and 504/$1,148) | $2,260.00 |
| 3. | GM Finance | $ 920.23 |
| 4. | Chrysler Finance | $ 505.63 |
| 5. | Plymouth Rock Car insurance | $ 365.70 |
| 6. | Plymouth Rock Condo insurance | $ 90.28 |
| 7. | Eversource (504 & 503) | $ 242.16 |
| 8. | Home Internet Phone Cable | $ 237.95 |
| 9. | Cellular phones | $ 190.00 |
| 10. | Household Groceries & Misc | $ 775.00 |
| 11. | Daughter's School Expenses | $ 301.00 |
| | TOTAL | $10,062.63 |

<u>Expenses Overseas</u>                    $1,151.55

Legal Fee to Mestone & Associates[1]          $ 500.00

---

[1] Fee payment approved by the Bankruptcy Court and put in IOLTA Account per Order of the Court

In Re: Levent R. Sever, Ch. 11, Case No. 24-11571

### Turkish Bank Statement Amounts for April '25 in U.S. Dollars

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/2025 | Pension | $25.70 |
| 04/05/2025 | Bank Fee | ($1.26) |
| 04/10/2025 | Money Transfer* | ($25.44) |
| 04/10/2025 | Bank Fee | ($0.0077) |
| 04/10/2025 | Bank Fee | ($0.16) |
| 04/23/2025 | Money Transfer* | ($344.78) |
| 04/23/2025 | Bank Fee | ($0.0016) |
| 04/23/2025 | Bank Fee | ($0.31) |
| 04/23/2025 | Bank Fee | ($.093) |
| 04/23/2025 | Pension | $344.78 |

- Money transferred to assistant in Ankara, Turkey to pay bills and expenses for Debtor. As with every month, this money is being transferred because the creditors in Turkey would take the money as they do not recognize the stay from the U.S..

In Re: Levent R. Sever, Ch. 11, Case No. 24-11571

## April 2025 Income and Expense Sheet (Overseas Property)

| | Rental Income | other Income | expenses | Monthly Expenses | Total Rev. |
|---|---|---|---|---|---|
| Beginning Balance | | | | | $ 1,053.58 |
| Ank Condo 1 | 0 | upon sale | | | 0 |
| Ank Condo 2 | 22,800TL | none | | | 22,800TL $ 585.96 |
| Moscow Condo | 120,000Rb | | | | 120,000 Rb $ 1,488.00 |
| Pension fund | | 14,415.53TL | | | 14,415.53TL $ 370.48 |
| Turkish State Bonus | | 990TL | | | 990TL $ 25.44 |
| Gift | | 16,000TL | | | 16,000TL $ 411.20 |
| Moscow Condo Fee | | | 14,486.97 Rb | 14,486.97 Rb $ 179.64 | |
| Storage rent | | | 7,900 TL | 7,900TL $ 203.03 | |
| Condo Installments Mother's condo | | | 9,760TL | 9,760TL $ 25.58 | |
| Assistant expense wages | | | 10,000TL | 10,000TL $ 257.00 | |
| Various repetitive expenses Cell phone and other comm. Exp. | | | 9,386,80TL | 9,386,80TL $ 241.22 | |
| Translation of legal documents (Metis Protocol) | | | 1,800TL | 1,800TL $ 46.26 | |
| Insurance premium third installment Ankara | | | 1,665TL | 1,665TL $ 42.79 | |
| Gas assessment Mother's Condo | | | 6,000TL | 6,000TL $ 154.20 | |
| Ankara Bank Fees | | | 71,87TL | 71,87TL $ 1.83 | |
| Total | | | | $ 1,151.55 | $ 3,934.66 |
| | | | | | $ (1,151.55) |
| Ending Balance | | | | | $ 2,783.11 |

In Re: Levent R. Sever, Ch. 11, Case No. 24-11571

## Income from Other Sources Deposited in Bank in Ankara, Turkey

Turkish Pension:                                   $395.92

### Ankara Condo: 1 Doruk Condo Complex #44:

| | | |
|---|---|---|
| Rental Income | $ 0.00 | |
| Expenses | $ 0.00 | |
| Net Income | | $0.00 |

### Ankara Condo: 2 Ahmet Rasim Street:

| | | |
|---|---|---|
| Rental Income | $585.96 | |
| Expenses | $ 42.79 | |
| Net Income | | $543.17 |

Assistant in Ankara, Turkey*              ($257.00)

### Moscow Condo:

| | | |
|---|---|---|
| Rental Income | $1,488.00 | |
| Expenses | $ 179.64 | |
| Net Income | | $1,308.36 |

### Other Income:

Gifts                                         $411.20

### Other Expenses:

| | | |
|---|---|---|
| Bank Fees | ($1.83) | |
| Storage Fee | ($203.03) | |
| Cell/Gas/Water | ($241.22) | |
| Translation Fees | ($46.26) | |
| | | ($492.34) |

Expenses for Mother's condo in Ankara**     ($179.78)

Total                                       $1,729.53

# ⟐ Eastern Bank

BCK-305 - Post Office Box 391, Lynn, MA 01903-0491

**Customer Statement**  **Pg 1 of 4**

Statement Period:    Mar 26, 2025 thru Apr 23, 2025
Account Number:                                    ⬛⬛⬛⬛2644
Number of Items Enclosed:                           1

### Summary - All Accounts

| Type: | Account# | Ending Balance |
|---|---|---|
| FREE CHECKING | ⬛⬛⬛⬛2644 | $649.81 |
| **TOTAL BALANCE** | | **$649.81** |
| Total Balance | | $649.81 |

LEVENT RIFKI SEVER DEBTOR-IN-POSSESSION
24-11571
60 LONGWOOD AVE APT 503
BROOKLINE MA 02446-5228

## FREE CHECKING ⬛⬛⬛ 2644

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | STARTING BALANCE | | | $4,902.62 |
| Mar 26 | ELECTRONIC BILL PAY HBR1LG1I BROOKLINE SAVINGS ⬛⬛677 | 4,174.68 | | |
| Mar 31 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE 79502 195 MARKET STREET | 300.00 | | |
| Apr 02 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ⬛02 195 MARKET STREET | | 999.00 | |
| Apr 02 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ⬛02 195 MARKET STREET | | 1.00 | |
| Apr 02 | Account DEBIT ZELLE LEVOS EASTERN BANK ZELLE ⬛02 195 MARKET STREET | 109.22 | | |
| Apr 02 | Account DEBIT ZELLE LEVOS EASTERN BANK ZELLE ⬛02 195 MARKET STREET | 132.94 | | |
| Apr 03 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ⬛02 195 MARKET STREET | | 800.00 | |
| Apr 03 | Account CREDIT ZELLE LEVENT RIFK I SEVER EASTERN BANK ZELLE ⬛02 195 MARKET STREET | | 65.20 | |
| Apr 03 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ⬛02 195 MARKET STREET | | 1.00 | |
| Apr 03 | Account DEBIT ZELLE LEVENT SEVE R EASTERN BANK ZELLE ⬛02 195 MARKET STREET | 65.20 | | |
| Apr 03 | Account DEBIT ZELLE KILDARE EASTERN BANK ZELLE ⬛02 195 MARKET STREET | 365.70 | | |
| Apr 04 | Account DEBIT ZELLE KILD CHASE EASTERN BANK ZELLE ⬛02 195 MARKET STREET | 65.20 | | |



### Go Paperless with eStatements

**⟐ Eastern Bank**
JOIN US FOR GOOD®

eStatements make your statements available sooner than paper, cannot be lost or stolen, and are better for the environment. To enroll via Mobile: click on "More", then "Manage Statement Settings". To enroll via Online Banking, click on "Settings", then "Manage Statements" tab. Go paperless today!

03VFTB_081EAST001_BK_M124



 **Eastern Bank**

## STATEMENT DISCLOSURE FOR ELECTRONIC TRANSFERS APPLICABLE TO CONSUMER ACCOUNTS ONLY

In case of errors or questions about your electronic transfers, telephone us at 1-800-EASTERN (327-8376) or write us at: Eastern Bank, PO Box 391, Lynn, MA 01903-0491, promptly if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

When you notify us, please include the following information:

- Your name and account number;
- The date and dollar amount of the suspected error;
- A description of the error or transfer you are unsure about, and a clear explanation of why you believe there is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we require more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## MANAGING OVERDRAFT FEES

The easiest way to avoid overdrawing your account is to record all transactions in your checkbook register and to reconcile your register to your monthly bank statement.

Additional Resources for Consumer Accounts:
www.easternbank.com/ConsumerOverdraftServices

Additional Resources for Business Accounts:
www.easternbank.com/BusinessOverdraftServices

## ACCOUNT RECONCILIATION

1. Check off transactions in your checkbook.
2. Subtract from your checkbook balance any service charge or bank charge appearing on your statement.
3. List all checks/debits and electronic transactions that are still outstanding, including those written in a prior statement period.
4. Complete reconciliation form provided to the right (list deposits/credits that are not shown on statement). The final balance figure should agree with your checkbook balance.

## HINTS FOR FINDING DIFFERENCES

☐ Did you enter all checks, deposits and electronic transactions correctly in your checkbook?
☐ Are all additions and subtractions correct in your checkbook and on the reconciliation form?
☐ Have you subtracted all bank charges and added all transactions such as automated and electronic transfers in your checkbook?
☐ Are the amounts of all debits and credits entered in your checkbook the same as shown on the statement?

## QUESTIONS?
Call us at 1-800-EASTERN (327-8376)
or write us at Eastern Bank, PO Box 391, Lynn, MA 01903-0491

| OUTSTANDING CHECKS/DEBITS/ ELECTRONIC TRANSACTIONS | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

| | | |
|---|---|---|
| A. STATEMENT ACCOUNT BALANCE | | |
| B. ADD DEPOSIT/CREDITS NOT SHOWN ON STATEMENT | | |
| | | |
| | | |
| | | |
| | | |
| C. TOTAL (A & B) | | |
| D. SUBTRACT TOTAL OUTSTANDING CHECKS/ DEBITS/ELECTRONIC TRANSACTIONS | | |
| THIS BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | |

**SAVINGS ACCOUNTS NOT TRANSFERABLE EXCEPT ON THE RECORDS OF THE BANK**



EQUAL HOUSING LENDER

Member FDIC

 **Eastern Bank**

| | Customer Statement | | | Pg 3 of 4 |
|---|---|---|---|---|

| | |
|---|---|
| Statement Period: | Mar 26, 2025 thru Apr 23, 2025 |
| Account Number: | ████████2644 |
| Number of Items Enclosed: | 1 |

## FREE CHECKING ████████2644 (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Apr 07 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 300.00 | | |
| Apr 09 | ELECTRONIC BILL PAY ZBQ1VGRU MESTONE & ASSOCIAT ██6127 | 500.00 | | |
| Apr 10 | Electronic Payment PLYMOUTH ROCK INSURANCE ██410 | 25.08 | | |
| Apr 14 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 300.00 | | |
| Apr 15 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ██02 195 MARKET STREET | | 5,000.00 | |
| Apr 15 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 301.00 | | |
| Apr 16 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ██02 195 MARKET STREET | | 3,500.00 | |
| Apr 16 | ELECTRONIC BILL PAY GBA1L6NA BROOKLINE SAVINGS ██852 | 4,174.68 | | |
| Apr 17 | Account DEBIT ZELLE LEVOS EASTERN BANK ZELLE ██02 195 MARKET STREET | 190.00 | | |
| Apr 17 | Electronic Payment CHRYSLER CAPITAL BILLPAY ██417 | 505.63 | | |
| Apr 17 | Electronic Payment GM Financial GMF Pymt ██17 | 920.23 | | |
| Apr 17 | Electronic Payment 50-60 Longwood A OnlinePay ██17 | 1,112.00 | | |
| Apr 17 | Electronic Payment 50-60 Longwood A OnlinePay ██17 | 1,148.00 | | |
| Apr 18 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 50.00 | | |
| Apr 21 | Account CREDIT ZELLE KILDARE CON STRUCTI EASTERN BANK ZELLE ██02 195 MARKET STREET | | 500.00 | |
| Apr 21 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 50.00 | | |
| Apr 22 | Account DEBIT ZELLE SVETLANA SE VER EASTERN BANK ZELLE ██02 195 MARKET STREET | 75.00 | | |
| Apr 23 | Electronic Payment COMCAST CABLE ██423 | 237.95 | | |

Starting Balance: $4,902.62
Ending Balance: $649.81
Average Collected Balance: $1,129.00

Number of Days in Period: 29
Total Deposits/Credits: $10,866.20
Total Withdrawals/Debits: $15,119.01

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 141 | 04/15 | 16.50 | | | | | | |

Total 1 Checks @ $16.50   * Indicates a skip in sequence   † Indicates a substitute check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 03/26 | 727.94 | 04/04 | 1,555.88 | 04/14 | 430.80 | 04/18 | 512.76 |
| 03/31 | 427.94 | 04/07 | 1,255.88 | 04/15 | 5,113.30 | 04/21 | 962.76 |
| 04/02 | 1,185.78 | 04/09 | 755.88 | 04/16 | 4,438.62 | 04/22 | 887.76 |
| 04/03 | 1,621.08 | 04/10 | 730.80 | 04/17 | 562.76 | 04/23 | 649.81 |



**Eastern Bank**

| | |
|---|---|
| Customer Statement | **Pg 4 of 4** |

Statement Period:          Mar 26, 2025 thru Apr 23, 2025
Account Number:                              2644
Number of Items Enclosed:                       1

---

LEVENT RIFKI SEVER DEBTOR-IN-POSSESSION                          **141**
24-11571
60 LONGWOOD AVE APT 303
BROOKLINE, MA 02446-2223

Date 4/8/2025

PAY TO  Violation & Processing Authority          $ 16.50
Sixteen and 50/100                                    DOLLARS

**Eastern Bank**

line 7.21842097013L

⑈011301798⑈  2644⑈ 0141  ⑈0000001650⑈

CK #141     PD 04/15/2025     $16.50



## Account Transactions

| Name and Last Name | : LEVENT RIFKI SEVER |
|---|---|
| Customer Number | : ■■■9927 |
| Branch | : 1304-YILDIZ ŞUBESİ |
| Account Name | : Current Account TL |
| IBAN/Account No | : ■■■■■■■■9921 |
| Available Balance | : 2,73 TL |
| Date Range | : 01/04/2025 – 30/04/2025 |

| Date | Time | Transaction | Channel | Description | Transaction Amount | Balance |
|---|---|---|---|---|---|---|
| - | - | - | - | Other Pending Transactions | 0,00 TL | - |
| 23/04/2025 | 05:09:12 | Other | Internet - Mobile | BSMV ELEKTRONİK FON TRANSFERİ (EFT) ÜCRETİ-FAST/Hasan Kahraman/Nakit | -0,61 TL | 2,73 TL |
| 23/04/2025 | 05:09:12 | Other | Internet - Mobile | ELEKTRONİK FON TRANSFERİ (EFT) ÜCRETİ-FAST/Hasan Kahraman/Nakit | -12,19 TL | 3,34 TL |
| 23/04/2025 | 05:09:12 | Money Transfer | Internet - Mobile | GİDEN FAST - Hasan Kahraman - Nakit | -13.400,00 TL | 15,53 TL |
| 23/04/2025 | 04:38:17 | Other | Other | OTOTA-Otomatik Tahsilat,Anapara Tahsilatı-TASFIYE KONTRATI | -3,61 TL | 13.415,53 TL |
| 23/04/2025 | 02:18:10 | Other | Other | SSK - MAAŞ ÖDEMESİ - SGK | 13.415,53 TL | 13.419,14 TL |
| 10/04/2025 | 16:31:48 | Other | Internet - Mobile | BSMV ELEKTRONİK FON TRANSFERİ (EFT) ÜCRETİ-FAST/Hasan Kahraman/Nakit | -0,30 TL | 3,61 TL |
| 10/04/2025 | 16:31:48 | Other | Internet - Mobile | ELEKTRONİK FON TRANSFERİ (EFT) ÜCRETİ-FAST/Hasan Kahraman/Nakit | -6,09 TL | 3,91 TL |
| 10/04/2025 | 16:31:47 | Money Transfer | Internet - Mobile | GİDEN FAST - Hasan Kahraman - Nakit | -990,00 TL | 10,00 TL |
| 05/04/2025 | 06:00:19 | Other | Other | OTOTA-Otomatik Tahsilatı-TASFIYE KONTRATI | -49,07 TL | 1.000,00 TL |
| 04/04/2025 | 02:54:27 | Other | Other | SSK - MAAŞ ÖDEMESİ - SGK | 1.000,00 TL | 1.049,07 TL |